**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand twenty-six,

_____

| | |
|---|---|
| Rebecca Anne Brazzano, | **ORDER** |
|     Plaintiff - Appellee, | Docket No. 25-927 |

v.

Thompson Hine LLP, Richard Anthony De Palma, in his individual and professional capacity, Deborah Zider Read, in her individual and professional capacity,

    Defendants - Appellants,

Thomas Lawence Feher, in his individual and professional capacity,

    Defendant.

_____

Appellants move to adjourn oral argument scheduled for Tuesday, March 24, 2026.

IT IS HEREBY ORDERED that the motion is GRANTED. Oral argument will be scheduled at a later date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court